USCA1 Opinion

 

 May 23, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1179 HUGH J. GILLEN, Plaintiff, Appellant, v. TOWN OF ARLINGTON, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Hugh J. Gillen on brief pro se. ______________ Edward M. Marlenga on brief for appellee. __________________ ____________________ ____________________ Per Curiam. Plaintiff is not entitled to compel __________ the teaching of religion in public schools. We affirm the order dismissing plaintiff's action. Affirmed. ________